CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/9/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:22-cr-00011 |
| v. | |
| PIOTR BLAZEJEWICZ, | MEMORANDUM OPINION & ORDER |
| *Defendant.* | JUDGE NORMAN K. MOON |

Piotr Blazejewicz, proceeding *pro se*, moves for early termination of his three-year term of supervised release, pursuant to 18 U.S.C. § 3583(e). Dkt. 5. For the following reasons, the Court will grant his motion.

In 2018, Mr. Blazejewicz pled guilty to conspiracy to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(B)(ii), and money laundering, in violation of 18 U.S.C. §§ 1956(h) & (a)(1)(A)–(B). In January 2019, he was sentenced to a 60-month term of incarceration followed by a three-year term of supervised release. He was released from custody on April 20, 2022.

"All post-sentencing changes to the terms of a defendant's supervised release are governed by 18 U.S.C. § 3583(e)." *United States v. Etheridge*, 999 F. Supp. 2d 192, 194 (D.D.C. 2013). Section 3583(e)(1) allows the Court to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The Court is to consider "the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)." 18 U.S.C. § 3583(e).

Considering the factors set forth in 18 U.S.C. § 3553(a), the Court finds that over one year has passed since Mr. Blazejewicz's release from incarceration and that termination of his supervised release is warranted by his conduct. *See* 18 U.S.C. § 3583(e)(1). Since being released from custody in April 2022, Mr. Blazejewicz has maintained a stable residence and has been employed since June 2022. With the exception of failing to timely submit some monthly supervision reports to his probation officer, he has also complied with the conditions of his supervised release.

For these reasons, Mr. Blazejewicz's motion, Dkt. 5, is **GRANTED**.

The Clerk of Court is directed to send this Memorandum Opinion and Order to Mr. Blazejewicz and all counsel of record.

It is so **ORDERED**.

Entered this __9th__ day of May, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE